**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JS - 6

| | |
|---|---|
| Adam Ghadiri,<br><br>        Plaintiff,<br><br>  v.<br><br>M. M. Martin, Inc, et al,<br><br>        Defendant(s). | SACV 19-01369(ADSx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: 12/5/19

                                                        *James V. Selna*
                                               James V. Selna
                                          United States District Judge